# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| QUINTILES IMS INC. and IMS SOFTWARE SERVICES, LTD., <br><br> Plaintiffs-Counterclaim Defendants, <br><br> v. <br><br> VEEVA SYSTEMS INC., <br><br> Defendant-Counterclaim Plaintiff. | Case No.: 2:17-cv-00177-CCC-MF <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS COUNTERCLAIMS** |

**THIS MATTER** having come before the Court by way of motion, and the Court having considered Plaintiffs-Counterclaim Defendants Quintiles IMS Inc. and IMS Software Services, Ltd.'s Motion to Dismiss Counterclaims pursuant to Federal Rule of Civil Procedure 12(b)(6), any opposition thereto, any reply in support thereof, any oral argument, the record herein, and for good cause shown, it is **HEREBY ORDERED** that:

Plaintiffs-Counterclaim Defendants Quintiles IMS Inc. and IMS Software Services, Ltd.'s Motion to Dismiss Counterclaims is **GRANTED**. Veeva Systems Inc.'s Counterclaims are dismissed with prejudice.

**IT IS SO ORDERED**.

Dated this _____ day of _____, 2017

_____

The Honorable Claire C. Cecchi
United States District Judge

## **CERTIFICATE OF SERVICE**

     I, Robert I. Steiner, hereby certify that on May 3, 2017, the foregoing document was filed through the Court's CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                                                              By: *s/ Robert I. Steiner*
                                                                                     Robert I. Steiner