**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| QUINTILES IMS INC. AND IMS SOFTWARE SERVICES, LTD., <br><br> Plaintiffs - Counterclaim Defendants, <br><br> v. <br><br> VEEVA SYSTEMS INC., <br><br> Defendant - Counterclaim Plaintiff. | Civil Action No.: 17-00177 (CCC) <br><br> **ORDER** |

**CECCHI, District Judge**.

This matter comes before the Court on the motion of Defendant Veeva Systems, Inc. ("Defendant") to dismiss the Complaint of Plaintiffs Quintiles IMS Inc. and IMS Software Services, Ltd. ("Plaintiffs") pursuant to Fed. R. Civ. P. 12(b)(6). (ECF No. 9). Pursuant to Fed. R. Civ. P. 78(b), no oral argument was heard. For the reasons set forth in the Court's corresponding Opinion, Defendant's Partial Motion to Dismiss is denied.

**IT IS** on this 25 day of October, 2017,

**ORDERED** Defendant's Partial Motion to Dismiss, ECF No. 9, is hereby **DENIED**.

                                                                                    _____
                                                                                    **CLAIRE C. CECCHI, U.S.D.J.**