UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IQVIA INC. and IMS SOFTWARE SERVICES LTD., <br><br> Plaintiffs-Counterclaim Defendants, <br><br> v. <br><br> VEEVA SYSTEMS, INC., <br><br> Defendant-Counterclaim Plaintiff. | Civil Action No. 17-177 (CCC) <br><br> ORDER APPOINTING <u>SPECIAL MASTER</u> |

  **This Matter** having come before the Court for a series of conferences relating to discovery and case management;

  and the Court having been presented with a large volume of discovery and pretrial related disputes in this litigation;

  and the Court having previously conducted multiple conferences to attempt to resolve discovery disputes in this case, with little progress having been made;

  and it appearing from the Court's docket and recent contact with counsel that additional disputes continue to arise in this case;

  and the parties having been apprised that, given the volume and intensity of the disputes and the Court's demanding calendar, the Court was considering the appointment of a Special Master to assist with the pretrial process;

  and the Court finding that the appointment of a Special Master pursuant to Federal Rule of Civil Procedure 53 is appropriate under the circumstances;

  and the Court further concluding that the assistance of a Special Master would be beneficial to the resolution of pretrial disputes in this case;

and parties having agreed that the appointment of a Special Master would be beneficial to the proceedings and having consented to the Court selecting the Special Master;

and for good cause shown;

**IT IS on this 10th day of January 2018,**

**ORDERED** that:

1. The Honorable Dennis M. Cavanaugh (ret.), McElroy, Deutsch, Mulvaney & Carpenter LLP, is appointed under Rule 53 as special master on an ongoing basis for the purpose of assisting the Court with discovery and pretrial disputes.

2. The Special Master shall have the rights, powers, and duties provided in Rule 53 and may adopt such procedures as are not inconsistent with that rule or with this or other Orders of the Court. The Special Master should create a record of proceedings, take testimony or obtain submissions, and impose whatever procedures he deems appropriate to fulfill his duties under this Order.

3. The Special Master will contact the parties to set up an initial conference in the near future.

4. Any appeal of or objections to the findings or conclusions of the Special Master must be filed within the time frame set forth in Local Civil Rule 72.1(c)(1). Any appeals or objections will be addressed to the Honorable Claire C. Cecchi, U.S.D.J.

5. Compensation shall be paid to the Special Master on a periodic basis by the parties. The compensation shall be split between the parties at this time. Final allocation of these amounts shall be subject to taxation as costs at the conclusion of the case at the discretion of the Court.

6. The parties shall advise the Court and the Special Master of any apparent, potential, or actual conflict of interest no later than **January 22, 2018**.

_____
**CLAIRE C. CECCHI**
**United States District Judge**

cc: Hon. Dennis M. Cavanaugh (ret.)