Michael Critchley
CRITCHLEY, KINUM & DENOIA, LLC
75 Livingston Avenue
Roseland, New Jersey 07068
(973) 422-9200

*Attorney for Plaintiffs-Counterclaim Defendants
Quintiles IMS Inc. and
IMS Software Services, Ltd.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IQVIA INC. and IMS SOFTWARE SERVICES, LTD., <br><br> Plaintiffs-Counterclaim Defendants, <br><br> v. <br><br> VEEVA SYSTEMS INC., <br><br> Defendant-Counterclaim Plaintiff. | Civil Action No. 2:17-cv-00177-CCC-MF <br><br> **CERTIFICATION OF MORGAN L. MULVENON IN SUPPORT OF *PRO HAC VICE* ADMISSION** |

  I, Morgan L. Mulvenon, hereby certify and state:

  1. I am an attorney-at-law admitted to the Bars of the State of California and the District of Columbia Court of Appeals. I am an associate of the law firm of Cleary Gottlieb Steen & Hamilton LLP, counsel for Plaintiffs-Counterclaim Defendants IQVIA Inc. and IMS Software Services, Ltd. in connection with the above-captioned action. I make this certification in support of my application for admission as counsel *pro hac vice* in this matter.

  2. I was admitted to the Bar for the State of California in 2012 and the District of Columbia Court of Appeals in 2013, and I am a member in good standing.

3. The name and address of the office maintaining the roll of the members of the Bar in which I am admitted is as follows:

> The State Bar of California – Main Office
> 180 Howard St.
> San Francisco, CA 94105
>
> District of Columbia Court of Appeals
> Committee on Admissions/CGS
> 430 E Street, NW, Room 123
> Washington, D.C. 20001

4. No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.

5. With respect to the above-captioned matter, I am associated with the attorneys at the office of Critchley, Kinum & DeNoia, LLC who are counsel of record and qualified to practice pursuant to New Jersey Court Rule 1:21-1. Critchley, Kinum & DeNoia, LLC's office is located in Roseland, New Jersey.

6. All pleadings, briefs, and other papers filed with the Court shall be signed by an attorney of the law firm Critchley, Kinum & DeNoia, LLC admitted to the Bar of the State of New Jersey and this Court, who shall be held responsible for them and my conduct in this matter.

7. If admitted *pro hac vice*, I will conduct myself in accordance with the rules regulating and governing conduct of attorneys before this Court and will strictly observe the dates fixed for scheduling conferences, motions, briefs, pre-trial conferences, trial and any other proceedings.

8. If admitted *pro hac vice*, I will make payment to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 and shall pay the sum of

$150.00 to the Clerk of the United States District Court in accordance with Local Civil Rule 101.1(c)(3).

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Dated: March 15, 2018

By: *[signature]*
Morgan L. Mulvenon