Arnold B. Calmann
(acalmann@saiber.com)
Jeffrey Soos (jsoos@sailber.com)
Jakob B. Halpern (jhalpern@saiber.com)
Katherine A. Escanlar
(kescanlar@saiber.com)
**SAIBER LLC**
One Gateway Center
10th Floor, Suite 1000
Newark, New Jersey 07102
(973) 622-3333

Steven F. Benz
(sbenz@kellogghansen.com)
Benjamin L. Rudofsky
(brudofsky@kellogghansen.com)
Stefan J. Hasselblad
(shasselblad@kellogghansen.com)
Daniel S. Severson
(dseverson@kellogghansen.com)
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.**
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
T: 202.326.7900
F: 202.326.7999

Tonia Oulette Klausner
(tklausner@wsgr.com)
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800

Charles Tait Graves (tgraves@wsgr.com)
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
Phone: 415-947-2109
Fax: 415-947-2099

Joel C. Boehm (jboem@wsgr.com)
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
900 South Capital of Texas Highway
Las Cimas IV, Fifth Floor
Austin, TX 78746
Phone: 512-338-5418
Fax: 512-338-549

Attorneys for Defendant and Counterclaim
-Plaintiff Veeva Systems Inc.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IQVIA INC. and IMS SOFTWARE SERVICES, LTD.,<br><br>      Plaintiffs –<br>      Counterclaim Defendants,<br><br>  v.<br><br>VEEVA SYSTEMS, INC.,<br><br>      Defendant –<br>      Counterclaim Plaintiff. | Case No.: No. 2:17-cv-00177-CCC-MF<br><br>**APPLICATION AND CERTIFICATION OF ARNOLD B. CALMANN, ESQ., IN SUPPORT OF APPLICATION FOR *PRO HAC VICE* ADMISSION**<br><br>*Document Filed Electronically* |

**ARNOLD B. CALMANN, ESQ.,** of full age, hereby declares as follows:

1. I am a member of the law firm of Saiber LLC, One Gateway Center, 10th Floor, Newark, New Jersey. I am admitted to practice before the Courts of the State of New Jersey, and the United States District Court for the District of New Jersey. I am a member in good standing of both bars, and am not under suspension or disbarment by these courts or by any other court or jurisdiction.

2. I submit this Certification in support of the application by Defendant and Counterclaim-Plaintiff Veeva Systems Inc. ("Veeva") for the admission *pro hac vice* of Chiseul Kim, Esq. to appear in this action as co-counsel for Veeva.

3. Pursuant to Local Civil Rule 101.1, I understand that all pleadings, briefs, stipulations, and other papers filed with the Court shall be signed by or for me or another attorney associated with Saiber LLC. Further, I agree to promptly notify the attorney admitted *pro hac vice* herein of the receipt of all notices, orders and pleadings.

4. Pursuant to Local Civil Rule 101.1, I understand that I shall be held responsible for the conduct of the case and shall be present before the Court during all phases of these proceedings, unless expressly excused by the Court, as well as be held responsible for the conduct of the attorney admitted *pro hac vice*.

5. Plaintiffs in the above matter have no objection to the *pro hac vice* admission of our co-counsel.

6. Accordingly, on behalf of Veeva, I respectfully request that the Court grant this application to have Chiseul Kim, Esq. admitted *pro hac vice* to appear and participate as its co-counsel in this matter pursuant to Local Civil Rule 101.1(c).

7. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: April 19, 2018         /s Arnold B. Calmann          .
                              Arnold B. Calmann