# UNITED STATES DISTRICT COURT
# FOR DISTRICT OF NEW JERSEY

| | |
|---|---|
| IQVIA, INC. and IMS SOFTWARE SERVICES, LTD,<br><br>    Plaintiffs/Counterclaim Defendants,<br><br>vs.<br><br>VEEVA SYSTEMS, INC.,<br><br>    Defendant/Counterclaim Plaintiff. | Civil Action No.: 2:17-cv-00177-CCC-MF |

## SCHEDULING ORDER

**THIS MATTER** having come before the Special Master for a scheduling conference on April 16, 2018, it is on this 23rd day of April 2018, **ORDERED THAT:**

1. Document productions shall be completed by September 1, 2018;

2. Fact discovery is to remain open through February 15, 2019. No discovery is to be issued or engaged in beyond that date, except upon application and for good cause shown;

3. The parties shall submit a deposition schedule to the Special Master by September 1, 2018;

4. Depositions of fact witnesses shall be completed by February 15, 2019;

5. All affirmative expert reports shall be delivered by March 18, 2019. Any such report is to be in the form and content as required by Rule 26;

6. All responding expert reports shall be delivered by June 3, 2019. Any such report is to be in the form and content as required by Rule 26;

7. All expert discovery shall be completed by August 5, 2019.

**IT IS SO ORDERED**

Dated: April 23, 2018

_____
DENNIS M. CAVANAUGH, U.S.D.J. (Ret.)
Special Master