UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK

Date: April 20, 2018

JUDGE: HON. CLAIRE C. CECCHI

COURT REPORTER: WALTER PERELLI

DEPUTY CLERK:  JACQUIE LAMBIASE

Docket No. 17-CV-177 (CCC)

Title of Case:   IQVIA INC.et al v. VEEVA SYSTEMS, INC.

**Appearances**:
   David Gelfand, Morgan Mulvenon, Carl Lawrence Malm, Rob Steiner, Jonathan Cooperman, Michael Critchley & Amy Luria, Esqs. for plaintiff
   Steven Benz, Daniel Severson, Charles T. Graves & Arnold Calmann, Esq. for defendant

**NATURE OF PROCEEDINGS**:

Oral argument held on motion: [DE44] MOTION to Dismiss Counterclaims by IMS SOFTWARE SERVICES, LTD., QUINTILES IMS INCORPORATED

Ordered decision reserved.


Time Commenced:  10:00 a.m.             Time Adjourned: 1:30 p.m.

*Jacquie Lambiase*
Jacquie Lambiase, Courtroom Deputy to
the Honorable Claire C. Cecchi, U.S.D.J.