UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IQVIA INC. and IMS SOFTWARE SERVICES, LTD., <br><br> Plaintiffs – Counterclaim Defendants, <br><br> v. <br><br> VEEVA SYSTEMS, INC., <br><br> Defendant – Counterclaim Plaintiff. | Case No.: No. 2:17-cv-00177-CCC-MF <br><br> Hon. Claire C. Cecchi, U.S.D.J. <br> Hon. Mark Falk, U.S.M.J. <br> Hon. Dennis M. Cavanaugh, Ret. U.S.D.J. <br><br><br> **SCHEDULING ORDER** |

## SCHEDULING ORDER

**THIS MATTER** having come before the Special Master during a status conference on May 8, 2018, it is on this ___9___th day of May 2018, **ORDERED THAT:**

1. Veeva Systems, Inc. ("Veeva") is hereby granted leave to file a Motion to Compel the production of certain discovery from 2010-2011, and shall file said motion by Wednesday, May 9, 2018.

2. IQVIA Inc. and IMS Software Services, Ltd. ("IQVIA") shall file any response to said motion by Thursday, May 17, 2018.

3. Veeva shall file any reply in support of said motion by Monday, May 21, 2018.

4. Separately, on Thursday, May 10, 2018, Veeva shall submit a letter responding to IQVIA's letter dated May 7, 2018 regarding Veeva's supplemental discovery response provided on April 27, 2018.

5. IQVIA and Veeva (the "Parties") shall meet and confer regarding this issue at 7:30 a.m. PT / 10:30 a.m. ET on Friday, May 18, 2018.

6. By Tuesday, May 22, 2018, the Parties shall submit a joint letter to the Special Master that identifies any remaining areas of disagreement on this issue and the Parties' respective positions.

7. Counsel are to attend a status conference before the Special Master at 10:00 a.m. ET on Thursday, May 31, 2018, at the offices of McElroy, Deutsch, Mulvaney & Carpenter, L.L.P. in Morristown, NJ.

   **IT IS SO ORDERED.**

Dated: May 7, 2018

_____
HONORABLE DENNIS M. CAVANAUGH, U.S.D.J. (RET.),
SPECIAL DISCOVERY MASTER