**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IQVIA INC. and IMS SOFTWARE SERVICES, LTD.,<br><br>　　　　Plaintiffs –<br>　　　　Counterclaim Defendants,<br><br>　　v.<br><br>VEEVA SYSTEMS INC.,<br><br>　　　　Defendant –<br>　　　　Counterclaim Plaintiff. | Case No.: No. 2:17-cv-00177-CCC-MF<br><br>Hon. Claire C. Cecchi<br>Hon. Mark Falk, U.S.M.J.<br>Hon. Dennis M. Cavanaugh, Ret. U.S.D.J.<br><br>**ORDER OF THE SPECIAL MASTER** |

## ORDER

THIS MATTER having come before the Special Discovery Master during a Status Conference on June 4, 2019, it is on this twentieth day of June 2019, ORDERED THAT:

1. Fact discovery is to remain open through September 17, 2019. No discovery is to be issued or engaged in beyond that date, except upon application and for good cause shown;

2. Depositions of fact witnesses shall be completed by September 17, 2019;

3. Expert reports regarding issues for which a party bears the burden of proof shall be delivered by October 18, 2019. Any such report is to be in the form and content as required by Rule 26;

4. All responding expert reports shall be delivered by January 13, 2020. Any such report is to be in the form and content as required by Rule 26;

5. All expert discovery shall be completed by March 13, 2020.

Dated: June 20, 2019        /s/ _____
　　　　　　　　　　　　　　　HON. DENNIS M. CAVANAUGH,
　　　　　　　　　　　　　　　U.S.D.J. (RET.),
　　　　　　　　　　　　　　　**SPECIAL DISCOVERY MASTER**