

**Arnold B. Calmann**
(973) 645-4828
abc@saiber.com

July 30, 2019

**VIA ECF**

The Honorable Claire C. Cecchi
United States District Judge for the District of New Jersey
Martin Luther King Building and United States Courthouse
50 Walnut Street, Room 4015
Newark, NJ 07101

      Re:    *IQVIA, et al. v. Veeva Systems Inc.*,
             Civil Action No. 2-17-cv-00177-CCC-MF

Dear Judge Cecchi:

      As the Court is aware, along with our co-counsel Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C., Susman Godfrey L.L.P., and Wilson Sonsini Goodrich & Rosati PC, we represent Defendant and Counterclaim Plaintiff Veeva Systems Inc. ("Veeva") in the above matter.

      We submit this letter on behalf of Veeva and with the consent of Plaintiffs IQVIA Inc. and IMS Software Services, Ltd. ("Plaintiffs") to respectfully request the Court's approval of a two-week extension of time for Veeva to file its opposition papers to Plaintiffs' Appeal of Judge Cavanaugh's May 13, 2019 Order regarding assertions of privilege over auditor documents (ECF No. 253)[1], and Plaintiffs' reply papers. Under Veeva's proposed amended briefing schedule, the deadline for Veeva's opposition papers would be extended from August 5 to August 19 and Plaintiffs' reply papers from August 12 to August 26.

      We respectfully submit that good cause supports the requested extension. Veeva requested an adjustment to the briefing schedule because the current due date for Veeva's opposition papers falls directly in the middle of the briefing schedule for several motions before Judge Cavanaugh. In light of these overlapping due dates and the time and effort required by Veeva to prepare its opposition, Veeva would very much appreciate the Court's approval of a modest modification to the schedule.

---

[1] Plaintiffs' Appeal of and Objections to the Special Discovery Master's May 13, 2019 Order Overruling Plaintiffs' Assertion of Privilege Over Documents Subpoenaed from Auditor

Hon. Claire C. Cecchi, U.S.D.J.
July 30, 2019
Page 2

If the foregoing request is acceptable to Your Honor, we would appreciate if Your Honor would execute the below provision, and have this letter entered by the Clerk of the Court.

We thank the Court for its consideration and continued assistance in this matter. If the Court has any questions, we would be pleased to address them at the Court's convenience.

Respectfully submitted,

Arnold B. Calmann

cc: Counsel of record (by CM/ECF)

**IT IS** on this _____ day of _____, 2019

**ORDERED** that the above request for an extension of the briefing schedule for Plaintiffs' Appeal of and Objections to the Special Discovery Master's May 13, 2019 Order Overruling Plaintiffs' Assertion of Privilege Over Documents Subpoenaed from Auditor (ECF No. 253) is hereby granted; and it is further

**ORDERED** that Veeva's opposition papers are due by August 19, 2019; and it is further

**ORDERED** that Plaintiffs' reply papers are due by August 26, 2019.

_____
**HONORABLE CLAIRE C. CECCHI**
**UNITED STATES DISTRICT JUDGE**