# UNITED STATES DISTRICT COURT
# FOR DISTRICT OF NEW JERSEY

| | |
|---|---|
| IQVIA INC. and IMS SOFTWARE SERVICES, LTD., <br><br> *Plaintiffs-Counterclaim Defendants*, <br><br> v. <br><br> VEEVA SYSTEMS INC., <br><br> *Defendant-Counterclaim Plaintiff*. | Case No. 2:17-cv-00177-CCC-MF <br><br> Hon. Claire C. Cecchi, U.S.D.J <br> Hon. Mark Falk, U.S.M.J. <br> Hon. Dennis M. Cavanaugh, Ret. U.S.D.J. |

**PLAINTIFFS IQVIA INC.'S AND IMS SOFTWARE SERVICES, LTD.'S NOTICE OF WITHDRAWAL OF PLAINTIFFS' APPEAL OF THE SPECIAL MASTER'S MAY 13, 2019 ORDER**

Please take notice that Plaintiffs IQVIA Inc. and IMS Software Services, Ltd. (together, "IQVIA"), respectfully withdraw their July 24, 2019 Appeal of the Special Master's May 13, 2019 Order Overruling Plaintiffs' Assertion of Privilege Over Documents Subpoenaed from Auditor (ECF Nos. 253-256). IQVIA respectfully requests the entry of the proposed order, submitted herewith.

[Signature page follows]

1

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: August 19, 2019<br>New York, New York | CRITCHLEY, KINUM & DENOIA, LLC |
|  | By: /s/ Amy Luria |

Michael Critchley
Amy Luria
75 Livingston Avenue
Roseland, New Jersey 07068
Tel. (973) 422-9200
mcritchley@critchleylaw.com
aluria@critchleylaw.com

-and-

Steig D. Olson (admitted *pro hac vice*)
Stephen A. Broome (admitted *pro hac vice*)
Marlo Pecora (admitted *pro hac vice*)
Sophia Qasir (admitted *pro hac vice*)
David LeRay (admitted *pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel. (212) 849-7000
steigolson@quinnemanuel.com
stephenbroome@quinnemanuel.com
marlopecora@quinnemanuel.com
sophiaqasir@quinnemanuel.com
davidleray@quinnemanuel.com

Stephen Swedlow (admitted *pro hac vice*)
Michelle Schmit (admitted *pro hac vice*)
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Tel. (312) 705-7400
stephenswedlow@quinnemanuel.com
michelleschmit@quinnemanuel.com

*Counsel for Plaintiffs-Counterclaim Defendants IQVIA Inc. and IMS Software Services, Ltd.*