Michael Critchley
Amy Luria
CRITCHLEY, KINUM & DENOIA, LLC
75 Livingston Avenue
Roseland, New Jersey 07068
Tel. (973) 422-9200
mcritchley@critchleylaw.com
aluria@critchleylaw.com

Steig D. Olson
Stephen A. Broome
Marlo A. Pecora
David LeRay
Sophia Qasir
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel. (212) 849-7000
steigolson@quinnemanuel.com
stephenbroome@quinnemanuel.com
marlopecora@quinnemanuel.com
davidleray@quinnemanuel.com
sophiaqasir@quinnemanuel.com

Stephen A. Swedlow
Michelle Schmit
QUINN EMANUEL URQUHART & SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Tel. (312) 705-7400
stephenswedlow@quinnemanuel.com
michelleschmit@quinnemanuel.com

*Attorneys for Plaintiffs-Counterclaim Defendants
IQVIA Inc. and IMS Software Services, Ltd.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IQVIA INC. and IMS SOFTWARE SERVICES, LTD., <br><br> Plaintiffs – Counterclaim Defendants, <br><br> v. <br><br> VEEVA SYSTEMS, INC., <br><br> Defendant – Counterclaim Plaintiff. | Case No.: 2:17-cv-00177-CCC-MF <br><br> Honorable Claire C. Cecchi <br><br> **IQVIA'S MOTION FOR SANCTIONS AGAINST VEEVA FOR DESTROYING EVIDENCE** <br><br> Motion Return Date: March 16, 2020 <br><br> ORAL ARGUMENT REQUESTED |

1

TO:     Veeva Counsel of Record

PLEASE TAKE NOTICE that on Monday, March 16, 2020 or as soon thereafter as counsel may be heard, Plaintiffs IQVIA Inc. and IMS Software Services, Ltd. ("IQVIA") will move before the Honorable Claire Cecchi for an Order granting IQVIA's Motion for Sanctions Against Veeva for Destroying Evidence.

PLEASE TAKE FURTHER NOTICE that, in support of its Motion, IQVIA shall rely upon its Memorandum of Law submitted herewith, any reply papers in support of this Motion and oral argument, if any.

PLEASE TAKE FURTHER NOTICE that IQVIA requests oral argument if opposition to this Motion is filed.

A proposed form of order is attached.

Dated: February 18, 2020

/s/ Michael Critchley

CRITCHLEY, KINUM & DENOIA, LLC
Michael Critchley
Amy Luria
75 Livingston Avenue
Roseland, New Jersey 07068
Tel. (973) 422-9200
mcritchley@critchleylaw.com
aluria@critchleylaw.com

-and-

QUINN EMANUEL URQUHART & SULLIVAN,
LLP
Steig D. Olson
Stephen A. Broome
Marlo A. Pecora
David LeRay
Sophia Qasir
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel. (212) 849-7000
steigolson@quinnemanuel.com
stephenbroome@quinnemanuel.com
marlopecora@quinnemanuel.com
davidleray@quinnemanuel.com
sophiaqasir@quinnemanuel.com

Stephen A. Swedlow
Michelle Schmit
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Tel. (312) 705-7400
stephenswedlow@quinnemanuel.com
michelleschmit@quinnemanuel.com

*Attorneys for Plaintiffs-Counterclaim
Defendants IQVIA Inc. and IMS Software
Services, Ltd.*

3

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2020, a true and correct copy of the foregoing was

filed electronically by CM/ECF, which caused notice to be sent to all counsel of record.

By:   _/s/ Amy Luria_
      Amy Luria