

**Arnold B. Calmann**
973.645.4828
abc@saiber.com

February 24, 2020

**BY ELECTRONIC FILING**
William T. Walsh, Clerk
United States District Court for the District of New Jersey
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re:  *IQVIA, et al. v. Veeva Systems Inc.*,
Civil Action No. 2-17-cv-00177-CCC-MF

Dear Mr. Walsh:

We represent Defendant and Counterclaim-Plaintiff Veeva Systems Inc. ("Veeva") in the above matter. On February 18, 2020, Plaintiff IQVIA filed a Motion for Sanctions ("Motion") (ECF No. 283), asserted as a dispositive motion. Without waiver of any of Veeva's rights, in light of IQVIA's asserted motion, we respectfully request pursuant to Local Civil Rule 7.1(d)(5), an adjournment of the return date for that Motion. The Motion is presently returnable before the Honorable Claire C. Cecchi, U.S.D.J., on March 16, 2020, with Veeva's opposition papers presently due on or before March 2, 2020.

The originally noticed motion day has not previously been extended or adjourned. With the extension of time provided under the foregoing Rule, the new return date for the Motion will be **April 6, 2020**, and Veeva's opposition papers will be due on or before **March 23, 2020**.

Thank you for your assistance in this matter.

Respectfully submitted,

Arnold B. Calmann

cc:  All Counsel of Record (by CM/ECF)