

**Arnold B. Calmann**
(973) 645-4828
abc@saiber.com

February 26, 2020

**BY CM/ECF**
The Honorable Mark Falk, Chief U.S.M.J.
United States District Court
Frank R. Lautenberg U.S. P.O. & Courthouse
1 Federal Square
Newark, NJ  07102

    Re:    *IQVIA Inc., et al. v. Veeva Systems Inc.*
              Civil Action No. 2:17-cv-00177-CCC-MF

Dear Judge Falk:

As the Court is aware, along with our co-counsel Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C., Wilson Sonsini Goodrich & Rosati PC, and Susman Godfrey L.L.P., we represent Defendant-Counterclaim Plaintiff Veeva Systems Inc. ("Veeva") in the above matter.

We write to respectfully request Your Honor's approval of the withdrawal of *pro hac vice* counsel, Michael S. Qin, Esq.  Mr. Qin, a member of the bar of the District of Columbia, was admitted *pro hac vice* by this Court's Order of December 6, 2018 (ECF No. 188).  Mr. Qin is no longer affiliated with the law firm of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.  The firms of Saiber LLC, Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C., Wilson Sonsini Goodrich & Rosati PC, and Susman Godfrey L.L.P. will continue to serve as counsel for Veeva. Accordingly, pursuant to L. Civ. R. 101.1(c)(5), we respectfully request Your Honor's approval of Mr. Qin's withdrawal as *pro hac vice* counsel for Veeva in the above matter.

The Honorable Mark Falk, Chief U.S.M.J.
February 26, 2020
Page 2

If this request meets with the Court's approval, we would appreciate if Your Honor would execute the "So Ordered" provision below and have this letter entered on the docket by the Clerk of the Court.

We thank the Court for its consideration and continued assistance in this matter

Respectfully submitted,

Arnold B. Calmann

cc:   Counsel of record (by CM/ECF and electronic mail)

**IT IS SO ORDERED** on this _____ day of _____, 2020 that the above application be and the same is hereby granted; and it is further

**ORDERED** that Michael S. Qin, Esq. is hereby withdrawn as counsel of record for Veeva in this matter.

_____
**HONORABLE MARK FALK**
**CHIEF UNITED STATES MAGISTRATE JUDGE**