# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IQVIA INC. and IMS SOFTWARE SERVICES, LTD., <br><br> *Plaintiffs / Counterclaim–Defendants*, <br> v. <br><br> VEEVA SYSTEMS INC., <br><br> *Defendant / Counterclaim–Plaintiff.* | Case No.: 2:17-cv-00177-CCC-MF <br><br> Hon. Claire C. Cecchi, U.S.D.J. <br> Hon. Mark Falk, U.S.M.J. <br> Hon. Dennis M. Cavanaugh, Ret. U.S.D.J. <br><br> **ORDER OF THE SPECIAL MASTER** |

**THIS MATTER** having come before the Special Discovery Master by request of Defendant and Counterclaim-Plaintiff Veeva Systems Inc. on August 6, 2020, with the consent of Plaintiffs and Counterclaim-Defendants IQVIA Inc. and IMS Software Services, Ltd., it is on this 25th day of August 2020, **ORDERED THAT**:

1. Expert reports regarding issues for which a party bears the burden of proof shall be delivered by January 21, 2021. Any such report is to be in the form and content as required by Rule 26;

2. All responding expert reports shall be delivered by April 12, 2021. Any such report is to be in the form and content as required by Rule 26;

3. All expert discovery shall be completed by June 14, 2021.

*[signature]*
DENNIS M. CAVANAUGH, U.S.D.J. (Ret.)

Dated: August 25, 2020