| | |
|---|---|
| Michael Critchley<br>Amy Luria<br>CRITCHLEY, KINUM & LURIA, LLC<br>75 Livingston Avenue<br>Roseland, New Jersey 07068<br>Tel. (973) 422-9200<br>mcritchley@critchleylaw.com<br>aluria@critchleylaw.com | Steig D. Olson<br>Stephen A. Broome<br>Marlo A. Pecora<br>Sophia Qasir<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Tel. (212) 849-7000<br>steigolson@quinnemanuel.com<br>stephenbroome@quinnemanuel.com<br>marlopecora@quinnemanuel.com<br>sophiaqasir@quinnemanuel.com<br><br>Stephen A. Swedlow<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>191 N. Wacker Drive, Suite 2700<br>Chicago, Illinois 60606<br>Tel. (312) 705-7400<br>stephenswedlow@quinnemanuel.com |

*Attorneys for Plaintiffs-Counterclaim Defendants*
*IQVIA Inc. and IMS Software Services, Ltd.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IQVIA INC. and IMS SOFTWARE SERVICES, LTD.,<br><br>      Plaintiffs –<br>      Counterclaim Defendants,<br><br>   v.<br><br>VEEVA SYSTEMS, INC.,<br><br>      Defendant –<br>      Counterclaim Plaintiff. | No. 2:17-cv-00177-JXN-JSA<br><br>**ORDER**<br><br>*Document Electronically Filed* |

2

**THIS MATTER** having been brought before the Court by Critchley, Kinum & Luria, LLC on behalf of Plaintiffs-Counterclaim Defendants IQVIA Inc. and IMS Software Services, Ltd., upon application for the entry of an Order withdrawing the *pro hac vice* admission of Kerry Watson as counsel for Plaintiffs-Counterclaim Defendants; and the Court having considered the application; and there being no timely opposition submitted; and for good cause having been shown;

IT IS on this 28th day of December, 2021,

**ORDERED** that Plaintiffs-Counterclaim Defendants' motion for the withdrawal of *pro hac vice* admission of Kerry Watson is hereby GRANTED.

BY THE COURT:

s/Jessica S. Allen
Hon. Jessica S. Allen
United States Magistrate Judge

2