# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IQVIA INC. and IMS SOFTWARE SERVICES LTD.,**<br><br>　　Plaintiffs-<br>　　Counterclaim Defendants,<br><br>v.<br><br>**VEEVA SYSTEMS, INC.,**<br><br>　　Defendant-<br>　　Counterclaim Plaintiff. | Civil Action No. 17-177 (JXN)<br><br><br><br><br><br>**AMENDED PRETRIAL<br><u>SCHEDULING ORDER</u>** |

　　**THIS MATTER** having come before the Court for a Telephone Status Conference on April 29, 2022, and the Court having considered counsels' respective positions as to the status of discovery and the entry of an amended scheduling order; and for good cause shown;

　　**IT IS on this 3rd day of May 2022,**

　　**ORDERED** that:

1. The deadline for serving all affirmative expert reports is extended through and including **August 15, 2022**.

2. The deadline for serving all responsive expert reports is extended through **September 30, 2022**.

3. The deadline for serving all reply expert reports is extended through **October 28, 2022**.

4. The deadline for the completion of all expert discovery is extended through

and including **November 15, 2022**.

5. All other requirements ordered by the Pretrial Scheduling Order issued on August 18, 2017, (ECF No. 74), shall remain in effect.

s/Jessica S. Allen
**Hon. Jessica S. Allen**
**United States Magistrate Judge**

cc: Hon. Julien X. Neals, U.S.D.J.