

**CRITCHLEY, KINUM & LURIA, LLC**
ATTORNEYS AT LAW
75 LIVINGSTON AVENUE - SUITE 303
ROSELAND, NEW JERSEY 07068

**David N. Cinotti**
Partner
dcinotti@pashmanstein.com
Direct: 201.270.4901

MICHAEL CRITCHLEY
MICHAEL CRITCHLEY, JR.
CHRISTOPHER W. KINUM
AMY LURIA
ARMANDO SUAREZ
(973) 422-9200
FAX: (973) 422 - 9700
www.critchleylaw.com

July 15, 2022

**Via ECF**
The Honorable Jessica S. Allen
United States District Court
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street, Newark, New Jersey 07102

    *Re:*    *IQVIA Inc. et al. v. Veeva Systems, Inc.*, No. 2:17-cv-177-JXN-JSA ("IQVIA I")
            *IQVIA Inc. et al. v. Veeva Systems, Inc.*, No. 2:19-cv-15517-JXN-JSA ("IQVIA II")

Dear Judge Allen:

    The parties jointly submit the attached [Proposed] Amended Pretrial Scheduling Order in these actions for Your Honor's consideration.

    The parties' Proposed Order would modestly extend the time allotted for the parties to serve responsive expert reports. The July 1, 2022 Amended Pretrial Scheduling Order requires the parties to serve responsive expert reports approximately two weeks after affirmative expert reports are due, whereas the May 3, 2022 Amended Pretrial Scheduling Order set the deadline for responsive expert reports approximately six weeks after affirmative expert reports are due. *See* ECF Nos. 141, 160, *IQVIA II*; ECF Nos. 445, 452, *IQVIA I*. The parties respectfully request that the Court restore the six-week period from earlier scheduling orders.

    The parties' Proposed Order would also modestly extend the time allotted for expert discovery after reply expert reports are served. These deadlines will now fall during the holidays, and including additional time will make it easier to schedule expert depositions.

    We thank the Court for its attention to this matter.

    Respectfully,

    */s/ Amy Luria*                        */s/ David N. Cinotti*
    Amy Luria                            David N. Cinotti

    *Attorney for IQVIA*             *Attorney for Veeva*

CC: Counsel of record

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IQVIA INC. and IMS SOFTWARE SERVICES, LTD., <br><br> *Plaintiffs-Counterclaim Defendants*, <br><br> v. <br><br> VEEVA SYSTEMS INC., <br><br> *Defendant-Counterclaim Plaintiff*. | Civil Action No. 17-177 (JXN) <br><br> Hon. Julien X. Neals, U.S.D.J. <br> Hon. Jessica S. Allen, U.S.M.J. <br><br> **[PROPOSED] AMENDED PRETRIAL SCHEDULING ORDER** |

Pursuant to agreement of the Parties, and for good cause shown, the Court hereby **ORDERS THAT:**

1. The deadline for serving all affirmative expert reports remains **September 30, 2022**.

2. The deadline for serving all responsive expert reports is extended through **November 16, 2022**.

3. The deadline for serving all reply expert reports is extended through **December 16, 2022**.

4. The deadline for the completion of all expert discovery is extended through **January 13, 2022**.

**SO ORDERED.**

Dated: _____

_____
THE HONORABLE JESSICA S. ALLEN
UNITED STATES MAGISTRATE JUDGE