# CRITCHLEY, KINUM & LURIA, LLC
### ATTORNEYS AT LAW
75 LIVINGSTON AVENUE - SUITE 303
ROSELAND, NEW JERSEY 07068

MICHAEL CRITCHLEY
MICHAEL CRITCHLEY, JR
CHRISTOPHER W KINUM
AMY LURIA

ARMANDO SUAREZ

(973) 422 - 9200
FAX: (973) 422 - 9700
www.critchleylaw.com

October 10, 2023

**VIA ECF**
The Honorable Jessica S. Allen
United States District Court
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re:    *IQVIA Inc. et al. v. Veeva Systems Inc.*, No. 2:17-cv-00177-JXN-JSA (*IQVIA I*)
*IQVIA Inc. et al. v. Veeva Systems Inc.*, No. 2:19-cv-15517-JXN-JSA and *Veeva Systems, Inc. v. IQVIA Inc., et al.*, No. 2:19-cv-18558-JXN-JSA (consolidated as *IQVIA II*)

Dear Judge Allen:

We write on behalf of Plaintiffs IQVIA Inc. and IMS Software Services, Ltd. (collectively, "IQVIA") to request a modest extension of the deadline to complete expert depositions. Under the operative scheduling order (*IQVIA* I, Dkt 556; *IQVIA II*, Dkt. 263), expert depositions are to be completed by October 20, 2023. IQVIA respectfully requests that the expert discovery deadline be extended until October 25, 2023. There are no further deadlines, hearings, or conferences scheduled. Veeva does not oppose IQVIA's request.

IQVIA seeks this extension in response to a personal medical issue that arose for one of IQVIA's experts, who was originally scheduled to be deposed this week. Because there are no further deadlines, hearings, or conferences scheduled, IQVIA's requested extension will not upset the trial calendar.

IQVIA thanks the Court for its attention to this matter.

*Request Granted.

SO ORDERED.

s/Jessica S. Allen
United States Magistrate Judge

Dated: October 12, 2023

Respectfully submitted,
/s/ *Amy Luria*
Amy Luria
*Counsel for IQVIA*