UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IQVIA, INC. and IMS SOFTWARE SERVICES, LTD., <br><br> Plaintiffs/Counterclaim-Defendants, <br><br> v. <br><br> VEEVA SYSTEMS INC., <br><br> Defendant/Counterclaim-Plaintiff. | Civil Action Nos. 17-177 & 19-15517 (JXN) (JSA) <br><br> ORDER <br><br> **FILED UNDER SEAL** |

**NEALS**, District Judge:

This matter comes before the Court on Defendant/Counterclaimant Veeva Systems, Inc.'s ("Veeva") appeal (ECF No. 539) from, and objections to, the June 2, 2023 Order (the "June 2 Order") entered by the Honorable Jessica S. Allen, U.S.M.J (ECF No. 536 in 2:17-cv-177; ECF No. 249 in 2:19-cv-15517). Plaintiffs/Counterclaimant IQVIA Inc., and IMS Software Services, LTD. (together, "IQVIA") opposed. (ECF No. 547). Veeva replied. (ECF No. 553). The Court has carefully considered the parties' submissions and decides this matter without oral argument under Federal Rule of Civil Procedure 78(b) and Local Civil Rule 78.1(b). For the reasons stated in the accompanying Opinion,

**IT IS** on this 31st day of March, 2024,

**ORDERED** that Veeva's appeal (ECF No. 539) from and objections to the June 2 Order (ECF No. 536 in 2:17-cv-177; ECF No. 249 in 2:19-cv-15517), is **GRANTED**; and it is further

**ORDERED** that this matter is **REMANDED** for further proceedings.

s/ Julien Xavier Neals<br>
**JULIEN XAVIER NEALS**<br>
United States District Judge