

**David N. Cinotti**
Partner
dcinotti@pashmanstein.com
Direct: 201.270.4901

CRITCHLEY, KINUM & LURIA, LLC
ATTORNEYS AT LAW
75 LIVINGSTON AVENUE - SUITE 303
ROSELAND, NEW JERSEY 07068

MICHAEL CRITCHLEY
MICHAEL CRITCHLEY, JR.
CHRISTOPHER W. KINUM
AMY LURIA
ARMANDO SUAREZ
(973) 422-9200
FAX: (973) 422 - 9700
www.critchleylaw.com

June 6, 2024

**VIA ECF**
The Honorable Julien Xavier Neals
United States District Court
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re:   *IQVIA Inc. et al. v. Veeva Systems Inc.*, No. 2:17-cv-00177-JXN-JSA (*IQVIA I*)

Dear Judge Neals,

     IQVIA and Veeva respectfully submit this joint request to unseal the Court's March 30 Opinion and Order.

     Respectfully submitted,

*/s/ Amy Luria*          */s/ David N. Cinotti*
Amy Luria              David N. Cinotti
*Attorney for IQVIA*    *Attorney for Veeva*

cc: Counsel of record

**So ORDERED on 6/13/2024:**

_____
JULIEN XAVIER NEALS
United States District Judge