| | |
|---|---|
| Michael Critchley | Steig D. Olson |
| Amy Luria | Patrick D. Curran |
| CRITCHLEY, KINUM & LURIA, LLC | David S. Mader |
| 75 Livingston Avenue | David LeRay |
| Roseland, New Jersey 07068 | Matthew Fox |
| Tel. (973) 422-9200 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| mcritchley@critchleylaw.com | 51 Madison Avenue, 22nd Floor |
| aluria@critchleylaw.com | New York, New York 10010 |
| | Tel. (212) 849-7000 |
| | steigolson@quinnemanuel.com |

Michelle Schmit
QUINN EMANUEL URQUHART & SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Tel. (312) 705-7400
michelleschmit@quinnemanuel.com

*Attorneys for Plaintiffs-Counterclaim Defendants IQVIA Inc. and IMS Software Services, Ltd.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IQVIA INC. and IMS SOFTWARE SERVICES, LTD., | Case No.: 2:17-cv-00177-JXN-JSA |
| Plaintiffs – Counterclaim Defendants, | Hon. Julien Xavier Neals<br>Hon. Jessica S. Allen, U.S.M.J.<br>Hon. Dennis M. Cavanaugh, Ret. U.S.D.J. |
| v. | |
| VEEVA SYSTEMS, INC., | **Return Date: To Be Determined** |
| Defendant – Counterclaim Plaintiff. | **Oral Argument Requested** |

**PLAINTIFFS' NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' TRADE SECRET CLAIMS**

**PLEASE TAKE NOTICE** that on a date to be determined by the Court, Plaintiffs IQVIA Inc. and IMS Software Services, Ltd. (collectively, "IQVIA") will move before the Honorable

Julien Xavier Neals, United States District Judge for the District of New Jersey, at the Martin Luther King Building & United States Courthouse, 50 Walnut Street, Newark, New Jersey 07102, for an Order granting summary judgment on two issues that (1) IQVIA's proprietary compilations of healthcare information (OneKey, DDD, and Xponent) qualify for trade secret protection under federal and state law; and that (2) Defendant Veeva Systems, Inc. ("Veeva") misappropriated those compilations by, among other things, improperly acquiring and using them to build its own competing offering (Veeva OpenData).

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, IQVIA will rely on the accompanying Statement of Undisputed Material Facts, Brief in Support of Motion for Partial Summary Judgment, and Declaration of Michelle Schmit, with accompanying exhibits.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted with this motion.

**PLEASE TAKE FURTHER NOTICE** that IQVIA requests oral argument.

Dated: June 17, 2024

/s/ Amy Luria
CRITCHLEY, KINUM & LURIA, LLC

Michael Critchley
Amy Luria
75 Livingston Avenue
Roseland, New Jersey 07068
Tel. (973) 422-9200
mcritchley@critchleylaw.com
aluria@critchleylaw.com

-and-

QUINN EMANUEL URQUHART & SULLIVAN, LLP

Steig D. Olson
Patrick D. Curran
David S. Mader
David LeRay
Matthew Fox
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel. (212) 849-7000
steigolson@quinnemanuel.com

Michelle Schmit
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Tel. (312) 705-7400
michelleschmit@quinnemanuel.com

*Attorneys for Plaintiffs-Counterclaim Defendants IQVIA Inc. and IMS Software Services, Ltd.*