

**David N. Cinotti**
Partner
dcinotti@pashmanstein.com
Direct: 201.270.4901

November 11, 2024

**Via ECF**
Hon. Julien Xavier Neals
United States District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Re:** *IQVIA Inc. v. Veeva Systems, Inc.*, No. 2:17-cv-00177-JXN-JSA ("*IQVIA I*")

Dear Judge Neals:

Veeva respectfully writes regarding changes in its availability for argument on the summary judgment and *Daubert* motions. As stated in the parties' November 8, 2024 joint letter (Dkt. 712), the parties were mutually available for argument on December 6, 2024, and January 7, 8, 9, or 10, 2025.

Veeva is now likely available for argument during the week of December 9 through December 13. Veeva's counsel was previously unavailable due to a conflicting trial. Since then, the parties in that case have stipulated to adjourn the trial, and we expect the court to so-order the adjournment. However, Veeva is now unavailable on January 10 due to a new important and immovable personal conflict.

Accordingly, the parties are mutually available for oral argument on the summary judgment and *Daubert* motions on the following dates: **December 6, 10, 11, 13, 2024, and January 7, 8, and 9, 2025.**

Veeva will respond separately to IQVIA's November 11, 2024 letter regarding its proposed schedule for trial and pretrial submissions.

Respectfully,

s/ David N. Cinotti
David N. Cinotti

cc:   Counsel of record